UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOREEN E. STONE,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　　　　　Defendant. | Case No.: 22CV669-BLM<br><br>**ORDER GRANTING JOINT MOTION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**<br><br>**[ECF NO. 15]** |

　　　　On May 12, 2022, Plaintiff filed a complaint in this matter seeking judicial review of the denial of her application "for a period of disability and disability insurance benefits." ECF No. 1.

　　　　On September 13, 2022, the parties filed a Joint Motion for Voluntary Remand. ECF No. 15. The parties seek to have the matter remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g). Id. at 1. In support, the parties state that "[u]pon remand, the agency will vacate the Administrative Law Judge's (ALJ) decision and remand the case to the ALJ to re-evaluate the evidence and issue a new decision." Id.

　　　　Based upon the parties' Joint Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the motion to remand. The Court **DIRECTS** the Clerk of Court to enter judgment in

favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner, and to terminate this action in its entirety.

**IT IS SO ORDERED**.

Dated: 10/14/2022

Hon. Barbara L. Major
United States Magistrate Judge